IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                         CASE NO. 4:13CR00103 BSM

JOSE REFUGIO RUIZ-JUAREZ,
a/k/a JOSE RUIZ-CORTES a/k/a CUCO,
ROXANA WHISENHUNT, a/k/a
ROXANA DE LA ROSA-RAMIREZ                                         DEFENDANTS

## ORDER

The government's motion [Doc. No. 23] for leave to dismiss the April 3, 2013, indictment is granted. The indictment is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 22nd day of May 2013.

                                                      UNITED STATES DISTRICT JUDGE